FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 AUG -5 PM 12: 12
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NATHAN L. COOKE,  )
  )
    Plaintiff,  )
  )
v.  )   CASE NO. CV416-317
  )
HOMER BRYSON, Commissioner,  )
individually and in his  )
official capacity; JOSE  )
MORALES, Warden, Georgia  )
State Prison, individually  )
and in his official capacity;  )
BENJERMAN FORD, Deputy  )
Warden, Georgia State Prison,  )
individually and in his  )
official capacity; DR.  )
HENDERSON, Georgia State  )
Prison; DR. AUSE, Georgia  )
State Prison, individually  )
and in his official capacity;  )
DR. AYERS, individually and  )
in his official capacity; and  )
P.A. EDWARDS, Georgia State  )
Prison, individually and in  )
his official capacity;  )
  )
    Defendants.  )
  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 20), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED**

**WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of August 2019.

*/s/ W.T. Moore*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA